United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-20159

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LION BOULOS, also known as Rudolphe Moussa, also known as
Rodolphe Moussa,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No.4:93-CR-271
--------------------

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.